UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            Case: 1:25-cv-00806(VSB)(GS)
-----------------------------------------------------------------x
BRIAN NG                                  LETTER MOTION AND
                 Plaintiffs,    MOTION TO COMPEL
                                          PROCESS SERVER
        -against-              AND/OR BRIAN RICKS or
                                          UNDISPUTED LEGAL Inc.
AmGUARD INSURANCE COMPANY;                TO APPEAR AND TESTIFY
NORTH AMERICAN RISK SERVICES, INC;
EBERL CLAIMS SERVICES LLC.

                 Defendants.
-----------------------------------------------------------------x

To: Honorable Vernon S. Broderick, or
To: To: Honorable Gary Stein,

I am Brian Ng, (Plaintiff, Pro Se) in this case, currently pending before this Court. I respectfully moves the Court for an Order compelling Undisputed Legal Inc. and/or Brian Ricks who are handling the process services, located at One World Trade Center, 85th Floor, New York, N.Y. 10007, to appear before the Court and testify regarding the efforts to serve the defendant (North American Risk Services, Inc. (NARS), in this matter.

**MEMO ENDORSED**

### Affidavit In Support of Motion

### STATEMENT OF FACTS

1.    On January 28, 2025, I filed a complaint against (1) AmGUARD Insurance Company, (2) North American Risk Services, Inc. (NARS) and (3) EBERL Claims Services, LLC.

2.    On February 11, 2025, I sent a Notice of Lawsuit and Request for Waiver of Service of Summons with a copy of the complaint and two copies of the waiver of service of summons forms to each of the defendants, including North American Risk Services, Inc. (NARS).

1

3. Each packages with the "Notice of lawsuit and request for waiver of service of summons" the "Waiver of the service of summons forms", and a copy of the "complaint" had USPS tracking numbers. Tracking numbers 9405 5301 0935 5099 9497 06 on package to Lazare, Potter, Giacovas and Moyle LLP, Yale Glazer, the attorneys for AmGUAD Insurance Company, was delivered on February 14, 2025. Tracking numbers 9405 5301 0935 5099 9636 58 with package to North American Risk Services, Inc. (NARS), was delivered on February 14, 2025, and the tracking numbers 9405 5301 0935 5099 9717 83 with package to EBERL Claims Services, LLC, was delivered on February 18, 2025. Each of the packages has prepaid stamped return envelopes with USPS tracking numbers.

4. On February 21, 2025, Defendant North American Risk Services, Inc., had acknowledged receipt of the Notice of lawsuit and request for waiver of service of summons. A copy of the acknowledgement is attached as **Exhibit 1 hereto.**

5. If Defendant North American Risk Services, Inc., had signed the Waiver of the service of summons form, and return it in the prepaid stamped envelope with USPS tracking numbers **9405 5301 0935 5099 9968 85** I did not receive it. There is no record to suggest it has been sent or scan at the USPS. In fact, the USPS system and records shows among other "*shipping label created, USPS awaiting item*". A copy of the USPS records is attached as **Exhibit 2 hereto.**

6. On April 11, 2025, I filed an amended verified complaint under the permission of this Court, pursuant to the Order of March 13, 2025, which had dismissed the original complaint without prejudice and granted leave to replead within thirty (30) days.

7. Undisputed Legal Inc. and/or Brian Ricks was hired to serve the summons and amended verified complaint at Corporation Service Company located at 80 State Street, Albany, N.Y.12207, the registered agent for defendant North American Risk Services, Inc. (NARS).

8. Despite Undisputed Legal Inc. and/or Brian Ricks undertaking to serve the summons and amended verified complaint, it has been understood, that service has not been or will not be completed within the required 90 day timeframe. Although I was specifically informed by Brian Ricks that routine service *"includes the first attempt being made within 3-7 business days"*, the service to be made on North American Risk Services, Inc. (NARS) has not turn out to be that way, and they were hired on April 11, 2025. See a copy of a notification from Undisputed Legal Inc. and/or Brian Ricks, to which bears a "Thank you". Attached as **Exhibit 3 hereto.**

9. Additionally, upon the date of this motion, Undisputed Legal Inc. and/or Brian Ricks still has been unresponsive to my last question(s) and requests for information about their efforts to serve the defendant, North American Risk Services, Inc. (NARS).

WHEREFORE, Plaintiff, Brian Ng, respectfully requests that the Court Order:

1. Undisputed Legal Inc. and/or Brian Ricks to appear before the Court at a date and time to be set by the Court.
2. Undisputed Legal Inc. and/or Brian Ricks to provide testimony regarding their efforts to serve the defendant North American Risk Services, Inc. (NARS).
3. Undisputed Legal Inc. and/or Brian Ricks to provide specific information about the dates, times, and location(s) of any attempts to serve the defendant North American Risk Services, Inc. (NARS).
4. Undisputed Legal Inc. and/or Brian Ricks to comply with any other order(s) of the Court.
5. For such other and further relief as this Court deems just and proper.

3

Dated: April 25, 2025
       New York, New York

Respectfully Submitted,

Brian Ng
Church Street Station
P.O. Box 2723
New York, NY 10008
Tel: 646.820.9238

Sworn to before me this
25th day of April 2025
_____
Notary Public

LUZ M. FELIPE
Notary Public, State of New York
Reg. No. 01FE6446625
Qualified in Kings County
Commission Expires January 23rd, 2027

Application denied. As Plaintiff's Amended Complaint was filed on April 11, 2025, Plaintiff has until July 11, 2025, to effect service of the Amended Complaint on North American Risk Services, Inc. in compliance with Federal Rule of Civil Procedure 4(m).

Date:   May 9, 2025
         New York, NY

**SO ORDERED:**

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BRIAN NG

                Plaintiffs,

                                                  Civil **Case Action 1:25-cv-00806**

   -against-

AmGUARD INSURANCE COMPANY;
NORTH AMERICAN RISK SERVICES, INC;
EBERL CLAIMS SERVICES LLC.

                Defendants.
------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

    I, Brian Ng, (Plaintiff, Pro Se) hereby certify and declare under penalty of perjury that on April 25, 2025, my letter Motion to compel Process Server and/or Brian Ricks or undisputed Legal, Inc. to appear and testify dated April 25, 2025, have been submitted for filing by the pro se office electronically using the Court's Electronic Case Filing ("ECF") System, which sent a notice of filing activity to all attorney(s) of record. These documents are available for viewing and downloading from the Court's ECF System.

Dated: April 25, 2025
       New York, N.Y.

                                                                       Brian Ng
                                                           Church Street Station
                                                             P.O. Box 2723
                                                     New York, N.Y. 10008
                                                    Tel/Fax: 646-820-9238

CIVIL CASE#: 1:25-cv-00806

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. 10007

BRIAN NG

Plaintiff,

-against-

AmGUARD INSURANCE COMPANY;
NORTH AMERICAN RISK SERVICES, INC;
EBERL CLAIMS SERVICES LLC.

Defendants

# PLAINTIFF'S LETTER MOTION TO COMPEL PROCESS SERVER AND/OR BRIAN RICKS or UNDISPUTED LEGAL, INC. TO APPEAR AND TESTIFY

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
The presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)

SELF REPRESENTED LITIGANT INFORMATION
APRIL 25, 2025

Sign Name: _____

Print Name: BRIAN NG

Address:
Church Street Station
P.O. Box 2723
New York, N.Y. 10008
Tel/Fax: 646.820.9238

EXHIBIT 1



February 21, 2025

Matthew Wai Hong Ng
8822 78th St
Woodhaven, NY 11421

RE: **Claim Number:**  GHAG21010317
    Policy Holder:    Matthew Wai Hong Ng
    Policy Number:    MAHO113597
    Insurance Company: AmGUARD Insurance Company
    Date of Loss:     01/15/2021
    Effective Dates:  07/31/2020-07/31/2021
    Civil Action No.: 1:25-CV-00806

Dear Matthew Wai Hong Ng:

North American Risk Services, Inc. (NARS) is the third-party administrator for AmGUARD Insurance Company. This letter acknowledges receipt of your Notice of Lawsuit and Request For Waiver of Service For Summons letter dated February 11, 2025.

Please direct further correspondence regarding this claim to my attention.

If you have any questions, please contact me.

Sincerely,

**Kimm Gent** Senior Claims Adjuster
P.O. Box 166002 Altamonte Springs, FL 32716-6002
O: (321) 594-7046 | (800) 315-6090 (Ext 7046) | F: (866) 261-8507
CA Lic. # – 2G17052-FL Lic. # – A095309
kgent@narisk.com

EXHIBIT 2

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5099 9636 58**

| | | | |
|---|---|---|---|
| Print Date: 2025-02-11 | | PRIORITY MAIL® | $9.55 |
| Ship Date: 2025-02-11 | | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $9.55 |

**From:** BRIAN NG
CHURCH STREET STATION
PO BOX 2723
NEW YORK NY 10008-2723

**To:** NORTH AMERICAN RISK SERVICES, INC. (NARS)
STE 250
300 INTERNATIONAL PKWY
LAKE MARY FL 32746-5865

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



**UNITED STATES POSTAL SERVICE®**

Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

---

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5099 9968 85**

| | | | |
|---|---|---|---|
| Print Date: 2025-02-11 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-17 | | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $8.75 |

**From:** NORTH AMERICAN RISK SERVICES, INC. (NARS)
STE 250
300 INTERNATIONAL PKWY
LAKE MARY FL 32746-5865

**To:** BRIAN NG
CHURCH STREET STATION
PO BOX 2723
NEW YORK NY 10008-2723

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE**

Thank you for shipping with the United States Postal Service!

# USPS Tracking®

FAQs >

Remove X

Feedback

**Tracking Number:**

## 9405530109355099996885

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

A shipping label has been prepared for your item. A delivery date will be provided when USPS receives the package; contact the shipper or shipping partner with any inquiries.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Pre-Shipment**
● **Shipping Label Created, USPS Awaiting Item**

LAKE MARY, FL 32746
February 11, 2025, 6:56 pm

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

EXHIBIT 3

# UNDISPUTED LEGAL INC.

EXPRESS PAY | PLACE ORDER | SIGN IN

HOME   ABOUT US ∨   SERVICES ∨   VIDEOS   RULES & LAWS   TESTIMONIALS   BLOG   DISCLAIMER ∨   CONTACT

# THANK YOU

Your order has been received and is now being processed,
Thank you for your business.

## OFFICE LOCATIONS

New York: (212) 203-8001 – One World Trade Center 85th Floor, New York, New York 10007
Brooklyn: (347) 983-5436 – 300 Cadman Plaza West, 12th Floor, Brooklyn, New York 11201
Queens: (646) 357-3005 – 118-35 Queens Blvd, Suite 400, Forest Hills, New York 11375
Long Island: (516) 208-4577 – 626 RXR Plaza, 6th Floor, Uniondale, New York 11556
Westchester: (914) 414-0877 – 50 Main Street, 10th Floor, White Plains, New York 10606
Connecticut: (203) 489-2940 – 500 West Putnam Avenue, Suite 400, Greenwich, Connecticut 06830
New Jersey: (201) 630-0114 - 101 Hudson Street, 21 Floor, Jersey City, New Jersey 07302
Washington DC: (202) 655-4450 - 1717 Pennsylvania Avenue, N.W. 10th Floor, Washington, D.C. 20006

HOME   ABOUT   SERVICES   VIDEOS   BLOG   CONTACT

(800) 774-6922

info@undisputedlegal.com



CIVIL CASE#: 1:25-cv-00806

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. 10007

---

BRIAN NG

Plaintiff,

-against-

AmGUARD INSURANCE COMPANY;
NORTH AMERICAN RISK SERVICES, INC;
EBERL CLAIMS SERVICES LLC.

Defendants

---

# PLAINTIFF'S LETTER MOTION TO COMPEL PROCESS SERVER AND/OR BRIAN RICKS or UNDISPUTED LEGAL, INC. TO APPEAR AND TESTIFY

---

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
The presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)

---

SELF REPRESENTED LITIGANT INFORMATION
APRIL 25, 2025

Sign Name: _____

Print Name: BRIAN NG

Address:
Church Street Station
P.O. Box 2723
New York, N.Y. 10008
Tel/Fax: 646.820.9238