**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

BRIAN NG,

                              Plaintiff,                  **25 Civ. No. 00806 (VSB) (GS)**

           -against-

                                                            **ORDER**

AMGUARD INSURANCE COMPANY,
*et al.*,

                              Defendants.

-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A Status Conference was held on July 8, 2025. As stated on the record, a joint status letter is due no later than Tuesday, July 29, 2025. All deadlines are hereby stayed pending receipt of the status letter.

      **SO ORDERED.**

DATED:    New York, New York
                July 14, 2025

                                                        _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge