UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN NG,

                Plaintiff,

   -against-

AMGUARD INSURANCE COMPANY,
*et al.,*

                Defendants.
------------------------------------------------------------------X

25 Civ. No. 00806 (VSB) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Friday, September 12, 2025 at 11:00 a.m.** A joint status letter is due no later than Friday, September 5, 2025**,** advising the Court as to the status of this matter. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [211 202 460 662 1]  Passcode: [dW9yu94Y]**

    **SO ORDERED.**

DATED:   New York, New York
              August 4, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge