**LPG&M**
**LAZARE POTTER GIACOVAS & MOYLE LLP**

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3291
yglazer@lpgmlaw.com

September 26, 2025

(*via* ECF)

Honorable Gary Stein
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Brian Ng v. AmGUARD Insurance Company, et al.*
      United States District Court, Southern District of New York
      Docket No.: 25 CV 806 (VSB) (HJR)

Dear Judge Stein:

      This firm represents defendant AmGUARD Insurance Company ("AmGUARD") in this action. The letter is written to supplement AmGUARD's September 18, 2025 letter concerning potential appraisal.

      At the last conference, Plaintiff had requested that AmGUARD consider appraisal to resolve the issue of damages in lieu of continued litigation. Plaintiff contended that it was looking to resolve the case quickly, and without the need to retain counsel. With that premises, AmGUARD submitted its September 18, 2025 letter, setting forth the general conditions upon which it would move forward with appraisal in lieu of litigation.

      Unbeknownst to AmGUARD, however, the insured[1] has filed yet another lawsuit in the SDNY (the "Second Lawsuit") concerning this same issue, 25 CV 7855. The Complaint (Dkt. 1), without exhibits, is attached hereto. The insured, via his authorized representative Plaintiff, are saying one thing to the Court – to wit, they would like to resolve this matter expeditiously -- and yet acting completely contrary by bringing a second lawsuit concerning the same loss.

      Accordingly, AmGUARD hereby advises the Court that unless the Second Lawsuit is voluntarily withdrawn, AmGUARD will no longer be willing to consider appraisal, and instead will focus its time and resources in 1) moving to dismiss the Second Lawsuit (once properly

---

[1] As the Court noted at the last conference, the initial lawsuit was brought in the name of Brian Ng, who, while he purports to act on behalf of the insured Matthew Ng based on a power of attorney, claimed not to be able to make a decision as to who should be the payee and the address on a check to be sent by AmGUARD as an undisputed payment. In the latter lawsuit, the insured himself is the plaintiff.

served) based on prior action pending and for suit limitations; and 2) litigating the quantum of damages in the initial suit.

        Plaintiff and Mr. Ng should be guided accordingly.

                                        Very truly yours,

                                        *Yale Glazer*

                                        Yale Glazer

cc:      All counsel via ECF, Plaintiff pro se via email (brian.ng3888@gmail.com), and Matthew Ng via regular mail