UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
BRIAN NG, :
:
Plaintiff, :
: 25-CV-0806 (VSB)
-against- :
: **ORDER**
:
AMGUARD INSURANCE COMPANY, *et* :
*al.*, :
Defendants. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has come to the Court's attention that, on September 22, 2025, Mr. Matthew Ng has filed a complaint in the Southern District of New York against Defendant AmGuard Insurance Company, docketed at No. 25-cv-7855, containing overlapping factual allegations to those put forth in this case. Mr. Matthew Ng filed a statement of relatedness in that litigation to the above-captioned matter. (Doc. 3, No. 25-cv-7855.) The parties to the above-captioned matter have not yet expressed views on the relatedness of this litigation and that docketed at No. 25-cv-7855. Therefore, it is:

ORDERED that the parties will file their respective views concerning any relation between the above-captioned matter and that docketed at No. 25-cv-7855 by Wednesday, October 15, 2025.

SO ORDERED.

Dated: October 8, 2025
New York, New York

Vernon S. Broderick
United States District Judge