

**LAZARE POTTER GLAZER & MOYLE LLP**

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3291
yglazer@lpgmlaw.com

October 3, 2025

(*via* ECF)

Honorable Vernon S. Broderick
United States District Court, Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   *Brian Ng v. AmGUARD Insurance Company, et al.*
      United States District Court, Southern District of New York
      Docket No.: 25 CV 806 (VSB) (GS)

Dear Judge Broderick:

       This firm represents defendant AmGUARD Insurance Company ("AmGUARD") in this action. This letter is submitted in response to the Court's October 8, 2025 Order (Dkt. 78) as to the parties' position on relatedness of this action with the suit filed by Matthew Ng 25 CV 7855 ("Lawsuit No. 2"). It is AmGUARD's position that these matters are related and, as such, should be brought before the same Judge.

       As an initial matter, Brian Ng is not an insured or additional insured on the policy issued by AmGUARD to Matthew Ng (the "Insured"). The only reason Brian Ng has been involved at all is that, during the adjustment of the Insured's property damage claim, Brian Ng provided a power of attorney executed by the Insured specifically related to the property damage claim. (Ex. A). Brian Ng has no independent rights under the AmGUARD policy other than as a representative of the Insured.

       Second, in the Second Lawsuit, Insured specifically references that Brian Ng, "my designated agent by virtue of power of attorney . . . previously filed a separate action . . . seeking a judicial determination of the rights and obligations under the Policy." (Lawsuit No. 2, ¶ 19). Lawsuit No. 2 then references all prior communications – remarkably similar in both language and text to the first lawsuit – and even references updated happenings in Lawsuit No. 1, such as the reports by engineers commissioned post-commencement of litigation. Finally, Lawsuit No. 2 seeks recovery under the AmGUARD policy for damage to Insured's premises.

      Accordingly, all facts and witnesses are identical in both actions, as are the issues to be addressed.  AmGUARD respectfully requests that Lawsuit No. 2 be assigned to your Honor for handling as a related action.

                                             Very truly yours,

                                             *Yale Glazer*

                                             Yale Glazer

Attachment (Ex A – Power of Attorney)

cc:     Brian Ng
         (via email)

         Counsel via ECF

# EXHIBIT "A"

M-SP — Statutory short form of General Power of Attorney, with affidavit of attorney, GOL § 5-1501: 12 pt. type, 5-98

Blumberg Excelsior, Inc. Publisher, NYC 10013

# DURABLE GENERAL POWER OF ATTORNEY
## NEW YORK STATUTORY SHORT FORM

*THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE
SHOULD YOU BECOME DISABLED OR INCOMPETENT*

**Caution:** This is an important document. It gives the person whom you designate (your "Agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney.

This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.

If there is anything about this form that you do not understand, you should ask a lawyer to explain it to you.

THIS is intended to constitute a DURABLE GENERAL POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law:

I,    MATTHEW WAI HONG NG, 88-22 78th St. Woodhaven, NY 11421

do hereby appoint:

*(insert your name and address)*

*(If 1 person is to be appointed agent, insert the name and address of your agent above)*

Brian C. Ng, 88-22 78th St. Woodhaven, NY 11421

*(If 2 or more persons are to be appointed agents by you insert their names and addresses above)*

my attorney(s)-in-fact TO ACT

*(If more than one agent is designated, CHOOSE ONE of the following two choices by putting your initials in ONE of the blank spaces to the left of your choice:)*

[ X MN ] Each agent may SEPARATELY act.
[      ] All agents must act TOGETHER.

*(If neither blank space is initialed, the agents will be required to act TOGETHER)*

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:

(DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(Q)", and you may then put your initials in the blank space to the left of subdivision "(Q)" in order to grant each of the powers so indicated.)

[    ] (A) real estate transactions;

[    ] (B) chattel and goods transactions;

[    ] (C) bond, share and commodity transactions;

[    ] (D) banking transactions;

[    ] (E) business operating transactions;

[    ] (F) insurance transactions;

[    ] (G) estate transactions;

[ *MN* ] (H) claims and litigation;

[    ] (I) personal relationships and affairs;

[    ] (J) benefits from military service;

[    ] (K) records, reports and statements;

[    ] (L) retirement benefit transactions;

[    ] (M) making gifts to my spouse, children and more remote descendants, and parents, not to exceed in the aggregate $10,000 to each of such persons in any year;

[    ] (N) tax matters;

[    ] (O) all other matters

[    ] (P) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select;

[    ] (Q) each of the above matters identified by the following letters: ...................

........................................................

(Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.)

This Durable Power of Attorney shall not be affected by my subsequent disability or incompetence.

If every agent named above is unable or unwilling to serve, I appoint

NONE

*(insert name and address of successor)*

to be my agent for all purposes hereunder.

**To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.**

**This Durable General Power of Attorney may be revoked by me at any time.**

**In Witness Whereof,** I have hereunto signed my name this 26 day of September, 2022

(YOU SIGN HERE:) ➡ _____

*(Signature of Principal)*

### NEW YORK UNIFORM ACKNOWLEDGEMENT

STATE OF New York     COUNTY OF Queens     ss.:

On Sept. 26, 2022 before me, the undersigned, a Notary Public in and for said State, personally appeared Matthew Wai Hong Ng personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Ricardo Acuna
*(signature and office of person taking acknowledgment)*

RICARDO J. ACUNA
Notary Public, State of New York
No. 01AC6428244
Qualified in Queens County
Commission Expires January 18, 2026

STATE OF _____     COUNTY OF _____     ss.:

before me, the undersigned, a Notary Public in and for said State, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
*(signature and office of person taking acknowledgment)*

## AFFIDAVIT THAT POWER OF ATTORNEY IS IN FULL FORCE
*(Sign before a notary public)*

STATE OF  New York          COUNTY OF  Queens          ss.:

Brian C. Ng   being duly sworn, deposes and says:

1. The Principal within did, in writing, appoint me as the Principal's true and lawful ATTORNEY(S)-IN-FACT in the within Power of Attorney.
2. I have no actual knowledge or actual notice of revocation or termination of the Power of Attorney by death or otherwise, or knowledge of any facts indicating the same. I further represent that the Principal is alive, has not revoked or repudiated the Power of Attorney and the Power of Attorney still is in full force and effect.
3. I make this affidavit for the purpose of inducing

to accept delivery of the following Instrument(s), as executed by me in my capacity as the ATTORNEY(S)-IN-FACT, with full knowledge that this affidavit will be relied upon in accepting the execution and delivery of the Instrument(s) and in paying good and valuable consideration therefor:



RICARDO J. ACUNA
Notary Public, State of New York
No.01AC6428244
Qualified in Queens County
Commission Expires January 18, 2026

Sworn to before me on 26th September 2022

---

*Publisher's Note: This document is printed on 50% cotton paper. Unlike ordinary photocopy paper, this stock resists turning brittle and brown with age. Insist on genuine Blumberg forms to ensure the longevity of this important document.*

*The publisher maintains property rights in the layout, graphic design and typestyle of this form as well as in the company's trademarked logo and name. Reproduction of blank copies of this form without the publisher's permission is prohibited. Such unauthorized use may constitute a violation of law or of professional ethics rules. However, once a form has been filled in, photocopying is permitted.*

Woodhaven, NY

Matthew Wai Hong Ng

TO

Brian C. Ng

**DURABLE Power of Attorney**
Statutory Short Form

Dated, Sept 26, 2022