

Seth I. Weinstein
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Seth.Weinstein@lewisbrisbois.com
Direct: 212.232.1321

October 15, 2025                                                                                           File No.: 3000.693

*Via ECF*
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square – Room 415
New York, New York 10007

    Re:    *Brian Ng v. AmGUARD Insurance Company, et al.*
            United States District Court, Southern District of New York
            Docket No.: 1:25-cv-00806 (VSB) (GS)
            Our File No. 3000.693

Dear Honorable Sir:

      This firm represents defendant Eberl Claims Services LLC ("Eberl") in the initial action filed by Plaintiff under Docket No. 1:25-cv-00806 (VSB) (GS). This letter is being submitted in response to the Court's October 8, 2025 Order (Dkt. 78) as to the parties' position on relatedness of this action with the suit recently filed by Matthew Ng under Docket No. 1:25-cv-07855 ("Lawsuit No. 2"). It is Eberl's position that these matters are related and, as such, should be brought before the same Judge. Eberl was not named in Lawsuit No. 2.

      In the initial action, a Second Amended Verified Complaint was filed by Plaintiff on October 3, 2025 (Dkt. 78), which no longer seeks recovery for the property damage claim, where Plaintiff is the purported Power of Attorney of the insureds. Now Brian Ng himself alleges causes of action as follows: 1) Tortious interference with contractual and business relations; 2) Fraudulent misrepresentation; and 3) Negligent Hiring. Plaintiff now alleges that defendants are somehow responsible for the alleged termination of purported real estate transactions/agreements he had with Matthew Ng unrelated to the subject property or claim.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

165069743.1

Page 2

Brian Ng is not an insured or an additional insured on the policy issued by AmGUARD to Matthew Ng. The only reason Brian Ng has been involved at all is that, during the adjustment of the insured's property damage claim and the initial action is because Brian Ng provided a power of attorney executed by the insured specifically related to the property damage claim. Brian Ng has no independent rights under the AmGUARD policy other than as a representative of the insured. There is no privity of contract by Brian Ng and/or Matthew Ng with Eberl.

The Second Lawsuit specifically references that Brian Ng, "my designated agent by virtue of power of attorney…previously filed a separate action…seeking a judicial determination of the rights and obligations under the Policy." (Lawsuit N. 2 ¶ 19). Lawsuit No. 2 then references all prior communications – remarkably similar in both language and text to the first lawsuit – and even references updated happenings in Lawsuit No. 1, such as the reports by engineers commissioned post-commencement of litigation. Finally, Lawsuit No. 2 seeks recovery under the AmGUARD policy for damage to the insured's premises.

Accordingly, it appears that all facts and witnesses are identical in both cases as are the issues to be addressed.

Eberl will be moving to dismiss the Second Amended Complaint and seek appropriate relief, including sanctions and attorneys' fees.

Very truly yours,

*Seth I. Weinstein*

Seth I. Weinstein of
LEWIS BRISBOIS BISGAARD & SMITH LLP

SIW/jm

cc:   *Via Email:* brian.ng3888@gmail.com
      Brian Ng

      *Via ECF*
      All Counsel