UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BRIAN NG,

                                Plaintiff,

          -against-                                    **25 Civ. 00806 (VSB) (GS)**

AMGUARD INSURANCE
COMPANY,
*et al.*,

                                                                      **ORDER**

                                Defendants.
-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        The Court is in receipt of Defendant Eberl's Reply in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint, two versions of which were filed on the docket. (Dkt. Nos. 108, 109). Based on the Court's review, it appears that these documents are identical, other than that the Motion at Dkt. No. 109 includes an Exhibit which appears to have been mistakenly omitted from the filing at Dkt. No. 108. The Court therefore directs that the filing at Dkt. No. 108 be stricken. The Court also notes that both versions of the reply brief were mistakenly filed as motions. The Clerk of Court is therefore respectfully directed to close the open gavels at Dkt. No. 108 and Dkt. No. 109.

        **SO ORDERED.**

DATED:    New York, New York
                 November 19, 2025

                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge