UNITED STATES DISTRICT COURT.
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
BRIAN NG,

                Plaintiff,

  -against-

AmGUARD INSURANCE COMPANY;
NORTH AMERICAN RISK SERVICES, INC;
EBERL CLAIMS SERVICES LLC,

                Defendants.

------------------------------------------------------------------------------X

Case: 1:25-cv-00806  (VSB)

**<u>Notice of Motion</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant North American Risk Services Inc. ("NARS") will move this Court before the Honorable Vernon S. Broderick, United States District Court Judge for the United States District Court, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 on the 11th day of December, 2025 for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint against NARS in its entirety; ii) for such other and further relief as the Court may deem just, proper and equitable.

Dated: December 11, 2025
      New York, New York

                              Respectfully submitted,

                              MORRIS DUFFY ALONSO FALEY & PITCOFF

                              By: __/s/ Michael A. Czolacz_____
                                    MICHAEL A. CZOLACZ
                                    AMANDA M. ZEFI
                                    Attorneys for Defendant
                                    North American Risk Services, Inc.
                                    Office and Post Office Address

                                                    101 Greenwich Street, 22nd Floor  
                                                    New York, New York 10006  
                                                    T: (212) 766-1888  
                                                    F: (212) 766-3252  
                                                    Our File No.: (NA) 79616

TO:    Brian NG  
          Church Street Station  
          P,O. Box 2723  
          New York, N.Y. 10008  
          TeI: 646.820.9238