**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
BRIAN NG,

                      Plaintiff,

          -against-

AMGUARD INSURANCE COMPANY, *et al.*,

                  Defendant.
-------------------------------------------------------------------------X

**25 Civ. No. 0806 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Defendant NARS's request to apply its previously filed motion for judgment on the pleadings (Dkt. No. 113) to Plaintiff's Third Amended Complaint. (Dkt. No. 126). The Court grants that request and sets the following schedule for completion of the briefing on NARS's motion: Plaintiff's opposition brief shall be due by Tuesday, February 24, 2026, and NARS's reply brief, if any, shall be due by March 3, 2026. Separately, as the Court has granted Plaintiff leave to file the Third Amended Complaint, Plaintiff shall file a standalone copy of his Third Amended Complaint on the docket by no later than Tuesday, February 17, 2026.

      **SO ORDERED.**

DATED:    New York, New York
             February 10, 2026

                                      _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge