UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BRIAN NG,

                            Plaintiff,                  25 Civ. No. 00806 (VSB) (GS)

      -against-

                                                      **ORDER**

AMGUARD INSURANCE COMPANY,
*et al.*,

                            Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This Court previously ordered Plaintiff to file a standalone copy of the Third Amended Complaint on this docket by February 17, 2026. (Dkt. No. 127). On February 20, 2026, Plaintiff wrote this Court an urgent letter stating, *inter alia*, that due to a variety of factors, he was unable to timely file the Third Amended Complaint, but had filed one that day. (Dkt. No. 134). However, this Court has not received this copy of Plaintiff's Third Amended Complaint. Accordingly, it is hereby ORDERED that Plaintiff shall file a standalone copy of the Third Amended Complaint on this docket by Friday, March 6, 2026. Additionally, this Court reminds Plaintiff that he may consent to electronic service in this matter to receive notifications of court filings by email, rather than relying on regular mail delivery. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found on the courts website, nysd.uscourts.gov/forms

      **SO ORDERED.**

DATED:    New York, New York
                March 2, 2026

                                                                          _____
                                                                        The Honorable Gary Stein
                                                                         United States Magistrate Judge