MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

BRIAN NG

Plaintiffs,

-against-

AmGUARD INSURANCE COMPANY;
NORTH AMERICAN RISK SERVICES, INC;
EBERL CLAIMS SERVICES LLC.

Defendants.

-----------------------------------------------------------------------x

**Civil Action Nos**
**1:25-cv-00806 (VSB) (GS)**
**1:26-cv-02432 (VSB) (GS)**

**PLAINTIFF'S LETTER-MOTION FOR REFERRAL TO THE SDNY COURT-ANNEXED MEDIATION PROGRAM AND TEMPORARY STAY OF PROCEEDINGS**

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 21 AM 9:57

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

**Re: Brian Ng v. AmGUARD Insurance Company, et al., No. 1:25-cv-00806 (VSB) (GS)**
**Brian Ng v. AmGUARD Insurance Company, et al., No. 1:26-cv-02432 (VSB) (GS)**

Dear Judge Broderick:

Plaintiff pro se, Brian Ng, respectfully submits this letter-motion pursuant to Your Honor's Individual Rules and Local Civil Rule 83.9 to request an order referring the above-captioned related actions to the SDNY Court-Annexed Mediation Program and briefly staying proceedings for sixty (60) days.

## I. MEET AND CONFER EFFORTS & DEFENDANTS' REFUSAL

On August 20, 2026, Plaintiff, with good faith, initiated a meet-and-confer communication with defense counsel for all Defendants, seeking their consent to jointly petition the Court for mediation and a temporary stay to avoid ongoing litigation costs. On the afternoon of August 20, 2026, counsel for Defendant AmGUARD Insurance Company, writing on behalf of all Defendants, summarily rejected Plaintiff's request to consent to mediation or a stay. A true and correct copy of Defendants' joint email rejection is attached hereto as **Exhibit A.**

## II. GOOD CAUSE FOR COURT-ORDERED MEDIATION

Notwithstanding Defendants' unwillingness to consent, compelling grounds exist for the Court to refer these related actions to the Court-Annexed Mediation Program pursuant to Local Civil Rule 83.9:

1. Centralized Core Dispute & External Disruption: Both the 2025 Action and the 2026 Action stem from a single nucleus of facts involving the property adjustment process and its direct collateral impact on an executed commercial partnership agreement. The disputes across both dockets involve documented, time-sensitive financial stakes, including real estate assets and liquidated partnership capital.

2. Preservation of Scarce Judicial Resources: While Plaintiff's Objections to the July 31, 2026 Report and Recommendation in Case No. 1:25-cv-00806 (Dkt. No. 160) are currently pending de novo review, and Case No. 1:26-cv-02432 remains pending under the operative First Amended Verified Complaint (Dkt. No. 22), a structured mediation session with an SDNY court-appointed mediator offers the most efficient vehicle to explore a comprehensive, global resolution across both active dockets without consuming additional judicial time.

3. Temporary Stay: To facilitate productive settlement discussions without forcing the parties or the Court to incur redundant expenses, Plaintiff respectfully requests a temporary sixty (60) day stay of all remaining pleading and scheduling deadlines.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order referring Case Nos. 1:25-cv-00806 and 1:26-cv-02432 to the SDNY Court-Annexed Mediation Program and staying active deadlines for sixty (60) days.

Thank you for your time and consideration of this request.

Dated: August 21, 2026
New York, N.Y.

Respectfully submitted,

Brian Ng, Plaintiff Pro Se
Church Street Station,
P.O. Box 2723
New York, NY 10008
Tel: (646) 820-9238
Email: Brian.ng3888@gmail.com

Application denied. The Court declines to refer the parties to mediation at this time given Defendants' opposition to the request.

SO ORDERED.

Date: New York, New York
August 28, 2026

Gary Stein
United States Magistate Judge
Southern District of New York